**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| **ADAM KEY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO.: 2:08CV174** |
| **REGENT UNIVERSITY, et al.** | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND/OR SANCTIONS**

Your defendants, Regent University and Marion Gordon "Pat" Robertson ("Regent"), by counsel, submit this Motion for Attorneys' Fees and Costs pursuant to 28 U.S.C. § 1927, Federal Rules of Civil Procedure 11 and 54(d), and E.D. Va. Loc. R. 54(D). Plaintiff and his counsel instituted and maintained a baseless, frivolous lawsuit against Regent designed solely to harass Regent and unnecessarily increase its costs in defending this case. Counsel also multiplied the proceedings in this case unreasonably and vexatiously, thereby entitling Regent to an award of attorneys' fees incurred as a result thereof.

WHEREFORE, for the reasons set forth above and more fully described in Regent's Memorandum in Support of its Motion for Attorneys' Fees and/or Costs, filed contemporaneously herewith, Regent respectfully requests that the Court GRANT Regent's Motion and award it fees in the amount of $58,639.77.

REGENT UNIVERSITY

/s/
Brendan D. O'Toole, Esq.

William D. Bayliss, Esq. (VSB # 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Williams Mullen
1021 East Cary St.
P.O. Box 1320
Richmond, VA 23218-1320
(804) 783-6459
Fax: (804) 783-6507
*Counsel for Defendants Regent University and Marion Gordon "Pat" Robertson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Key**
Adam Key represented by
Michael Bruce Hamar
Michael B. Hamar PC
520 W 21st St , Suite J
Norfolk, VA 23517
(757) 622-2008
Fax: (757) 622-2088
Email: mike@hamarlaw.com

Randell Lee Kallinen
Law Office of Randell L. Kallinen
Texas Justice Center
511 Broadway Street
Houston, TX 77012
(713) 528-8586
Email: attorneykallinen@aol.com

/s/
Brendan D. O'Toole, Esq.

Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
1021 East Cary Street, 17th floor

Richmond, VA 23219
Telephone: (804) 643-1991
Facsimile: (804 783-6507
*Counsel for Defendants Regent University and Marion Gordon "Pat" Robertson*
6569855_1.DOC